## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID HENSON | § | |
| | § | |
| v. | § | Case No. 2:23-CV-0011-RWS-RSP |
| | § | |
| DOLGENCORP OF TEXAS, INC., ET AL. | § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**August 28, 2024**

**OPEN: 1:26 pm**                                                                 **ADJOURN: 2:04 pm**

ATTORNEYS FOR PLAINTIFF:        Bill Hommel

ATTORNEY FOR DEFENDANTS:     Joel Allen

LAW CLERK:                                     Nathan Gershengorin

COURT REPORTER:                         Digital Recording

COURTROOM DEPUTY:                  Becky Andrews

Court opened.   Case called.   The parties introduced themselves.

Bill Hommel argued Plaintiff's Motion to Compel 30(b)(6) Deposition (Dkt. No. 23).   Joel Allen responded.   The Court ruled and will enter an Order accordingly.