IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID HENSON | § § | |
| v. | § § | Case No. 2:23-CV-0011-RWS-RSP |
| DOLGENCORP OF TEXAS, INC., ET AL. | § | |

**ORDER**

Before the Court are Plaintiff's Motion to Compel 30(b)(6) Deposition (Dkt. No. 23) and Motion for Leave to File Second Amended Complaint (Dkt. No. 32). The Court conducted a hearing on August 28, 2024. For the reasons orally assigned, the motions are **GRANTED IN PART** as follows. It is

**ORDERED** that Defendant will produce for deposition, not exceeding one hour, a fully prepared representative for the limited scope deposition under Rule 30(b)(6), on the topics set out by the Court during the hearing. It is

**FURTHER ORDERED** that Plaintiff has leave to file the Second Amended Complaint (Dkt. No. 33). However, for the reasons addressed at the hearing that does include any claims against Dolgencorp of Texas, Inc., which has already been dismissed as a defendant. See Dkt. No. 15 at 1.  It is

**FINALLY ORDERED** that Defendant's Motion to Dismiss Amended Complaint (Dkt. No. 26) is denied as moot in view of the Second Amended Complaint.

SIGNED this 28th day of August, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE